# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134474(58)(59)

MICHIGAN ENVIRONMENTAL COUNCIL and
PUBLIC INTEREST RESEARCH GROUP,
          Appellants,

v                                                    SC: 134474
                                                     COA: 264859
                                                     MPSC: 00-013919
MICHIGAN PUBLIC SERVICE COMMISSION
and INDIANA MICHIGAN POWER COMPANY,
          Appellees.

_____/

        On order of the Court, the motion for reconsideration of this Court's January 22, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.  The motion for stay is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008                                    _____
                                                                   Clerk

d0519